IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TERRY ALAN BELLEW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 113-083 |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed.[1] Although Plaintiff's second filing of July 24, 2014 is titled "Plaintiff's Request for United States Magistrate's Judge Reconsideration of Report and Final Judgment," the Court construes it as objections because he responds therein to the Magistrate Judge's findings and conclusions in the R&R.[2] (See generally doc. no. 29.) The Court **OVERRULES** Plaintiff's objections because they restate arguments that the Magistrate Judge already addressed in the R&R and do not offer any new information or evidence that warrants a deviation from the Magistrate Judge's findings.

In both his objections and a separate motion also filed on July 24, 2014, Plaintiff requests that the Court review 110 pages of enclosed medical records. (Doc. nos. 28, 29,

---

[1] Plaintiff was granted an extension to file objections on June 19, 2014 (doc. no. 25), but thereafter requested an additional extension of ninety days to obtain new medical reports, which was denied (doc. no. 27).

[2] Because the Court construes the filing as Plaintiff's objections to the R&R, the Clerk is **DIRECTED** to **TERMINATE** the motion. (Doc. no. 29.)

29-1.) However, as the Magistrate Judge stated in his Order dated July 16, 2014, Plaintiff had ample time to compile and submit evidence in the underlying administrative proceedings and in this action. (Doc. no. 27, p. 1.) Furthermore, to the extent the records pertain to Plaintiff's recent health status, as opposed to the relevant period for purposes of his administrative application, they would not affect the Court's review of the underlying proceedings at issue in this case. If Plaintiff has developed new and potentially disabling conditions, he may file a new application with the Social Security Administration and submit evidence of such conditions in that proceeding. Accordingly, Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **AFFIRMS** the Acting Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter a final judgment in favor of the Acting Commissioner.

SO ORDERED this 31st day of July, 2014, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA